# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
 §
Elijah D. Johnson § Case No. 12-37048
Stephanie L. Johnson §
 §
 §
            Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 09/18/2012 . The case was converted to one under Chapter 7 on 10/13/2014 . The undersigned trustee was appointed on 10/23/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $        5,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 3.21 |
   | Bank service fees | 120.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 4,876.79 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/19/2016 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,250.00 , for a total compensation of $ 1,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/03/2016      By: /s/Cindy M. Johnson
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-37048 | BWB | Judge: | Bruce W. Black | Trustee Name: | Cindy M. Johnson |
|---|---|---|---|---|---|---|
| Case Name: | Elijah D. Johnson | | | | Date Filed (f) or Converted (c): | 10/13/2014 (c) |
| | Stephanie L. Johnson | | | | 341(a) Meeting Date: | 11/19/2014 |
| For Period Ending: | 05/03/2016 | | | | Claims Bar Date: | 01/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence Located At 950 Clayton Street, Marseilles, Il  613 | 180,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking And Savings - Financial Plus Credit Union (Business | 100.00 | 0.00 | | 0.00 | FA |
| 4. Checking And Savings - Marseilles Bank | 200.00 | 0.00 | | 0.00 | FA |
| 5. Bed Room Set, 2 Bed, Living Room Furniture, Couch, Kitchen S | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Men's, Women's And Children's Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 7. Wedding Ring, Engagement Ring, Necklace, Ring, Ear Rings, Co | 800.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insuance With No Cash Value (u) | 0.00 | 0.00 | | 0.00 | FA |
| 9. Life Insuance With Cash Value | 10,000.00 | 0.00 | | 0.00 | FA |
| 10. Debtors Have No Iras, 401(K)S, Etc | 0.00 | 0.00 | | 0.00 | FA |
| 11. 1998 Pontiac Transport | 2,600.00 | 0.00 | | 0.00 | FA |
| 12. 1993 Chevrolet Blazer | 2,000.00 | 0.00 | | 0.00 | FA |
| 13. 2005  Peterbuilt Cab Transferred Back To William Johnson, Fa | 6,000.00 | 0.00 | | 4,000.00 | FA |
| 14. 2 Trailers Transferred Back To William Johnson, Father. | 1,500.00 | 0.00 | | 1,000.00 | FA |
| 15. 2010  Ford Taurus (u) | 13,000.00 | 0.00 | | 0.00 | FA |
| 16. Tax Refund (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $218,400.00 | $0.00 | | $5,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

Trustee motion to approve compromise with debtors is set for 3/4/16.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 3 | -- | converted 13, this assets is no longer in existence |
| RE PROP # | 13 | -- | Debtor's claim of exemption dissolowed per court order (docket 62) 1/11/16.  Order approving settlement entered 3/4/16 (docket 70) |
| RE PROP # | 14 | -- | Debtor's claim of exemption dissolowed per court order (docket 62) 1/11/16   Order approving settlement entered 3/4/16 (docket 70) |

Initial Projected Date of Final Report (TFR): 12/11/2016       Current Projected Date of Final Report (TFR): 12/11/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-37048 | Trustee Name: | Cindy M. Johnson | |
| Case Name: | Elijah D. Johnson | Bank Name: | Bank of Kansas City | |
| | Stephanie L. Johnson | Account Number/CD#: | XXXXXX0022 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX7212 | Blanket Bond (per case limit): | $55,728,000.00 | |
| For Period Ending: | 05/03/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/15 | | Financial Plus<br>800 Chestnut St.<br>Ottawa, IL 61350 | Settlement | | $5,000.00 | | $5,000.00 |
| | | | Gross Receipts  $5,000.00 | | | | |
| | 13 | | 2005 Peterbuilt Cab Transferred Back To William Johnson, Fa  $4,000.00 | 1129-000 | | | |
| | 14 | | 2 Trailers Transferred Back To William Johnson, Father.  $1,000.00 | 1129-000 | | | |
| 04/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,990.00 |
| 05/15/15 | 101 | Adams Levine<br>Surety Bond Agency<br>60 East 42 st<br>Room 965<br>New York, NY 10165 | 2015 Blanket Bond | 2300-000 | | $1.19 | $4,988.81 |
| 05/29/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,978.81 |
| 06/04/15 | 101 | Adams Levine<br>Surety Bond Agency<br>60 East 42 st<br>Room 965<br>New York, NY 10165 | 2015 Blanket Bond Reversal Trustee previously paid bond premium out of pocket. | 2300-000 | | ($1.19) | $4,980.00 |
| 06/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,970.00 |
| 07/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,960.00 |
| 08/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,950.00 |
| 09/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,940.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*          Page Subtotals:          $5,000.00          $60.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-37048 | | Trustee Name: | Cindy M. Johnson |
| Case Name: | Elijah D. Johnson | | Bank Name: | Bank of Kansas City |
| | Stephanie L. Johnson | | Account Number/CD#: | XXXXXX0022 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX7212 | | Blanket Bond (per case limit): | $55,728,000.00 |
| For Period Ending: | 05/03/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,930.00 |
| 11/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,920.00 |
| 12/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,910.00 |
| 01/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,900.00 |
| 02/18/16 | 102 | Adams Levine 370 Lexington Ave. Suite 1101 New York, NY 10017 | 2016 Blanket Bond Reversal Check Voided due to miscalculation of premium amount | 2300-000 | | ($2.84) | $4,902.84 |
| 02/18/16 | 102 | Adams Levine 370 Lexington Ave. Suite 1101 New York, NY 10017 | 2016 Blanket Bond | 2300-000 | | $2.84 | $4,900.00 |
| 02/18/16 | 103 | Adams Levine 370 Lexington Ave. Suite 1101 New York, NY 10017 | 2016 Blanket Bond | 2300-000 | | $3.21 | $4,896.79 |
| 02/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,886.79 |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,876.79 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $5,000.00 | $123.21 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,000.00 | $123.21 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $63.21 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Case 12-37048    Doc 71    Filed 05/16/16    Entered 05/16/16 14:26:58    Desc Main
Document    Page 7 of 12

Net $5,000.00    $123.21

Exhibit B

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*     Page Subtotals:     $0.00     $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0022 - Checking | $5,000.00 | $123.21 | $4,876.79 |
|  | $5,000.00 | $123.21 | $4,876.79 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $5,000.00 |
| Total Gross Receipts: | $5,000.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 12-37048  
Debtor Name: Elijah D. Johnson  
Claims Bar Date: 1/19/2016  

Date: May 3, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $1,250.00 | $1,250.00 |
| 1 300 7100 | Quantum3 Group Llc As Agent For<br>World Financial Network Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $220.00 | $224.97 | $224.97 |
| 2 300 7100 | American Infosource Lp As Agent For<br>Midland Funding Llc<br>Po Box 268941<br>Oklahoma City, Ok 73126-8941 | Unsecured | | $0.00 | $1,931.19 | $1,931.19 |
| 3 300 7100 | Illinois Valley Community Hospital<br>C/O Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, Il 61301 | Unsecured | | $7,900.00 | $7,349.13 | $7,349.13 |
| 4 300 7100 | Peru Anesthesia<br>C/O Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, Il 61301 | Unsecured | | $0.00 | $278.14 | $278.14 |
| 5 300 7100 | Hospital Radiology<br>C/O Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, Il 61301 | Unsecured | | $450.00 | $507.98 | $507.98 |
| 6 300 7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $774.73 | $774.73 |
| 7 400 4110 | Bank Of America, Na<br>Mail Stop Ca6-919-01-23<br>400 National Way<br>Simi Valley, Ca 93065 | Secured | | $135,550.00 | $150,519.90 | $150,519.90 |
| | Case Totals | | | $144,120.00 | $162,836.04 | $162,836.04 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-37048
Case Name: Elijah D. Johnson
           Stephanie L. Johnson
Trustee Name: Cindy M. Johnson

Balance on hand $ 4,876.79

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | Bank Of America, Na | $ 150,519.90 | $ 150,519.90 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 4,876.79

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Cindy M. Johnson | $ 1,250.00 | $ 0.00 | $ 1,250.00 |

Total to be paid for chapter 7 administrative expenses $ 1,250.00

Remaining Balance $ 3,626.79

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,066.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ 224.97 | $ 0.00 | $ 73.73 |
| 2 | American Infosource Lp As Agent For | $ 1,931.19 | $ 0.00 | $ 632.92 |
| 3 | Illinois Valley Community Hospital | $ 7,349.13 | $ 0.00 | $ 2,408.59 |
| 4 | Peru Anesthesia | $ 278.14 | $ 0.00 | $ 91.16 |
| 5 | Hospital Radiology | $ 507.98 | $ 0.00 | $ 166.48 |
| 6 | Capital One Bank (Usa), N.A. | $ 774.73 | $ 0.00 | $ 253.91 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,626.79 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE