# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Elijah D. Johnson | § | Case No. 12-37048 |
| Stephanie L. Johnson | § | |
| | § | |
| | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Cindy M. Johnson, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                  219 S. Dearborn Street
                  Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 06/17/2016 in Courtroom ,

                  Second Floor
                  Joliet City Hall Building
                  150 West Jefferson Street
                  Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/18/2016                  By: /s/ Cindy M. Johnson
                                                            Chapter 7 Trustee

*Cindy M. Johnson*
*140 S. Dearborn St.*
*Suite 1510*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Elijah D. Johnson § Case No. 12-37048
Stephanie L. Johnson §
§
Debtors §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 5,000.00 |
| and approved disbursements of | $ 123.21 |
| leaving a balance on hand of[1] | $ 4,876.79 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | Bank Of America, Na | $ 150,519.90 | $ 150,519.90 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 4,876.79 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Cindy M. Johnson | $ 1,250.00 | $ 0.00 | $ 1,250.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,250.00 |
| Remaining Balance | $ 3,626.79 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,066.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ 224.97 | $ 0.00 | $ 73.73 |
| 2 | American Infosource Lp As Agent For | $ 1,931.19 | $ 0.00 | $ 632.92 |
| 3 | Illinois Valley Community Hospital | $ 7,349.13 | $ 0.00 | $ 2,408.59 |
| 4 | Peru Anesthesia | $ 278.14 | $ 0.00 | $ 91.16 |
| 5 | Hospital Radiology | $ 507.98 | $ 0.00 | $ 166.48 |
| 6 | Capital One Bank (Usa), N.A. | $ 774.73 | $ 0.00 | $ 253.91 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,626.79 |
| | Remaining Balance | | | $ 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Cindy M. Johnson
            Chapter 7 Trustee

*Cindy M. Johnson*
*140 S. Dearborn St.*
*Suite 1510*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-37048-BWB
Elijah D. Johnson                                                     Chapter 7
Stephanie L. Johnson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: corrinal              Page 1 of 1                  Date Rcvd: May 24, 2016
                               Form ID: pdf006             Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2016.
db/jdb         +Elijah D. Johnson,    Stephanie L. Johnson,    625 Caton Street,    Ottawa, IL 61350-1305
19784327       +BANK OF AMERICA, N.A.,    MAIL STOP TX2-982-03-03,    7105 CORPORATE DR., PTX-B-209,
                 PLANO, TX 75024-4100
19622689        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
19607260       +Hospital Radiology,    c/o Collection Professionals Inc.,    P.O. Box 416,
                 Lasalle, IL 61301-0416
19607258       +Illinois Valley Community Hospital,    c/o Collection Professionals Inc.,    P.O. Box 416,
                 Lasalle, IL 61301-0416
19607259       +Peru Anesthesia,   c/o Collection Professionals Inc.,    P.O. Box 416,    Lasalle, IL 61301-0416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19517019        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 25 2016 01:58:18
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
19498160        E-mail/Text: bnc-quantum@quantum3group.com May 25 2016 01:31:36
                 Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                                TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21854171       ##+Bank of America, NA,    Mail Stop CA6-919-01-23,    400 National Way,
                 Simi Valley, CA 93065-6414
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2016 at the address(es) listed below:
              Cindy M. Johnson    on behalf of Trustee Cindy M. Johnson cmjtrustee@jnlegal.net,
               cjohnson@ecf.epiqsystems.com
              Cindy M. Johnson    cmjtrustee@jnlegal.net,   cjohnson@ecf.epiqsystems.com
              Marc C Scheinbaum    on behalf of Debtor 1 Elijah D. Johnson amerlincat@aol.com
              Marc C Scheinbaum    on behalf of Debtor 2 Stephanie L. Johnson amerlincat@aol.com
              Michael Dimand    on behalf of Creditor    BANK OF AMERICA, N.A. mdimand@aol.com,
               bankruptcyfilings@wirbickilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6