UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Elijah D. Johnson | § | Case No. 12-37048 |
| Stephanie L. Johnson | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Cindy M. Johnson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 164,400.00                     Assets Exempt: 46,500.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,626.79       Claims Discharged
                                                 Without Payment: 34,559.35

Total Expenses of Administration: 1,373.21

---

3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 157,550.00 | $ 150,519.90 | $ 150,519.90 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,373.21 | 1,373.21 | 1,373.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,690.00 | 11,066.14 | 11,066.14 | 3,626.79 |
| **TOTAL DISBURSEMENTS** | $ 171,240.00 | $ 162,959.25 | $ 162,959.25 | $ 5,000.00 |

4) This case was originally filed under chapter on 09/18/2012, and it was converted to chapter 7 on 10/13/2014. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/11/2017         By: /s/Cindy M. Johnson
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2 Trailers Transferred Back To William Johnson, Father. | 1129-000 | 1,000.00 |
| 2005 Peterbuilt Cab Transferred Back To William Johnson, Fa | 1129-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, NA c/o The Wirbicki Law Firm 33 W. Monroe Street, suite 1140 Chicago, IL 60603 | | 22,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Bank Of America, Na | 4110-000 | 135,550.00 | 150,519.90 | 150,519.90 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 157,550.00 | $ 150,519.90 | $ 150,519.90 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 1,250.00 | 1,250.00 | 1,250.00 |
| Adams Levine | 2300-000 | NA | 3.21 | 3.21 | 3.21 |
| Bank of Kansas City | 2600-000 | NA | 120.00 | 120.00 | 120.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,373.21 | $ 1,373.21 | $ 1,373.21 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anes Cons of Morris P O Box 88271 Dept A Chicago, IL 60680 | | 110.00 | NA | NA | 0.00 |
| | Anest Consult of Morris c/o Meical Business Bureau 1175 Devin Dr., # 173 Norton Shores, MI 49441 | | 0.00 | NA | NA | 0.00 |
| | Capital One c/o Blitt and Gaines, PC 661 Glenn Avenue Wheeling, IL 60090 | | 600.00 | NA | NA | 0.00 |
| | Grundy Radiologists P O Box 3273 Indianapolis, IN 46206-3273 | | 140.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Healthcare Centers / Morris Hospita Central Billing Office 25259 S. Reed Street Channahon, IL 60410-6003 | | 30.00 | NA | NA | 0.00 |
| | Illinois Valley Surgical Assoc 1050 E. Norris Dr suite 2B Ottawa, IL 61350 | | 70.00 | NA | NA | 0.00 |
| | Joseph Mallory, MD c/o Credit Recovery, Inc P.O. Box 916 Ottawa, IL 61350 | | 70.00 | NA | NA | 0.00 |
| | Kohl's P.O. Box 3043 Milwaukee, WI 53201-3043 | | 0.00 | NA | NA | 0.00 |
| | Morris Hospital 150 West High Street Morris, IL 60450 | | 0.00 | NA | NA | 0.00 |
| | Morris Hospital 150 West High Street Morris, IL 60450 | | 0.00 | NA | NA | 0.00 |
| | Morris Hospital c/o MiraMed Revenue Group, LLC 991 Oak Creek Drive Lombard, IL 60148 | | 2,100.00 | NA | NA | 0.00 |
| | Morris Medical Center 107 West Jefferson Street Morris, IL 60450 | | 70.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ottawa Regional Hospital & Health c/o Creditors Discount & Audit Co. 415 E. Main St., PO Box 213 Streator, IL 61364-0213 | | 400.00 | NA | NA | 0.00 |
| | Ottawa Regional Hospital & Healthca 1100 E. Norris Drive Ottawa, IL 61350 | | 0.00 | NA | NA | 0.00 |
| | Reilly Law Offices 7 Danny Drive suite 1 Streator, IL 61364 | | 900.00 | NA | NA | 0.00 |
| | Rezin Orthopedic Centers 1051 West Route 6 suite 100 Morris, IL 60450 | | 400.00 | NA | NA | 0.00 |
| | St Mary's Health Care Ottawa 1640 First Ave Ottawa, IL 61350-9214 | | 30.00 | NA | NA | 0.00 |
| | St Mary's Hospital 111 Spring Street Streator, IL 61364 | | 200.00 | NA | NA | 0.00 |
| 2 | American Infosource Lp As Agent For | 7100-000 | 0.00 | 1,931.19 | 1,931.19 | 632.92 |
| 6 | Capital One Bank (Usa), N.A. | 7100-000 | 0.00 | 774.73 | 774.73 | 253.91 |
| 5 | Hospital Radiology | 7100-000 | 450.00 | 507.98 | 507.98 | 166.48 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Illinois Valley Community Hospital | 7100-000 | 7,900.00 | 7,349.13 | 7,349.13 | 2,408.59 |
| 4 | Peru Anesthesia | 7100-000 | NA | 278.14 | 278.14 | 91.16 |
| 1 | Quantum3 Group Llc As Agent For | 7100-000 | 220.00 | 224.97 | 224.97 | 73.73 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 13,690.00 | $ 11,066.14 | $ 11,066.14 | $ 3,626.79 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-37048 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson |
|---|---|---|---|---|---|---|
| Case Name: | Elijah D. Johnson | | | | Date Filed (f) or Converted (c): | 10/13/2014 (c) |
| | Stephanie L. Johnson | | | | 341(a) Meeting Date: | 11/19/2014 |
| For Period Ending: | 03/11/2017 | | | | Claims Bar Date: | 01/19/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence Located At 950 Clayton Street, Marseilles, Il 613 | 180,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking And Savings - Financial Plus Credit Union (Business | 100.00 | 0.00 | | 0.00 | FA |
| 4. Checking And Savings - Marseilles Bank | 200.00 | 0.00 | | 0.00 | FA |
| 5. Bed Room Set, 2 Bed, Living Room Furniture, Couch, Kitchen S | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Men's, Women's And Children's Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 7. Wedding Ring, Engagement Ring, Necklace, Ring, Ear Rings, Co | 800.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insuance With No Cash Value (u) | 0.00 | 0.00 | | 0.00 | FA |
| 9. Life Insuance With Cash Value | 10,000.00 | 0.00 | | 0.00 | FA |
| 10. Debtors Have No Iras, 401(K)S, Etc | 0.00 | 0.00 | | 0.00 | FA |
| 11. 1998 Pontiac Transport | 2,600.00 | 0.00 | | 0.00 | FA |
| 12. 1993 Chevrolet Blazer | 2,000.00 | 0.00 | | 0.00 | FA |
| 13. 2005 Peterbuilt Cab Transferred Back To William Johnson, Fa | 6,000.00 | 0.00 | | 4,000.00 | FA |
| 14. 2 Trailers Transferred Back To William Johnson, Father. | 1,500.00 | 0.00 | | 1,000.00 | FA |
| 15. 2010 Ford Taurus (u) | 13,000.00 | 0.00 | | 0.00 | FA |
| 16. Tax Refund (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $218,400.00 | $0.00 | | $5,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

| | | | |
|---|---|---|---|
| RE PROP # | 3 | -- | converted 13, this assets is no longer in existence |
| RE PROP # | 13 | -- | Debtor's claim of exemption dissolowed per court order (docket 62) 1/11/16.  Order approving settlement entered 3/4/16 (docket 70) |
| RE PROP # | 14 | -- | Debtor's claim of exemption dissolowed per court order (docket 62) 1/11/16   Order approving settlement entered 3/4/16 (docket 70) |

Initial Projected Date of Final Report (TFR): 12/11/2016        Current Projected Date of Final Report (TFR): 12/11/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-37048 | Trustee Name: Cindy M. Johnson |
| Case Name: Elijah D. Johnson | Bank Name: BOK Financial |
| Stephanie L. Johnson | Account Number/CD#: XXXXXX0022 |
| | Checking |
| Taxpayer ID No: XX-XXX7212 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/15 | | Financial Plus<br>800 Chestnut St.<br>Ottawa, IL 61350 | Settlement | | | $5,000.00 | | $5,000.00 |
| | | | Gross Receipts | $5,000.00 | | | | |
| | 13 | | 2005 Peterbuilt Cab Transferred Back To William Johnson, Fa | $4,000.00 | 1129-000 | | | |
| | 14 | | 2 Trailers Transferred Back To William Johnson, Father. | $1,000.00 | 1129-000 | | | |
| 04/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $4,990.00 |
| 05/15/15 | 101 | Adams Levine<br>Surety Bond Agency<br>60 East 42 st<br>Room 965<br>New York, NY 10165 | 2015 Blanket Bond | | 2300-000 | | $1.19 | $4,988.81 |
| 05/29/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $4,978.81 |
| 06/04/15 | 101 | Adams Levine<br>Surety Bond Agency<br>60 East 42 st<br>Room 965<br>New York, NY 10165 | 2015 Blanket Bond Reversal Trustee previously paid bond premium out of pocket. | | 2300-000 | | ($1.19) | $4,980.00 |
| 06/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $4,970.00 |
| 07/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $4,960.00 |
| 08/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $4,950.00 |
| 09/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $4,940.00 |
| | | | Page Subtotals: | | | $5,000.00 | $60.00 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-37048 | Trustee Name: | Cindy M. Johnson | |
| Case Name: | Elijah D. Johnson | Bank Name: | BOK Financial | |
| | Stephanie L. Johnson | Account Number/CD#: | XXXXXX0022 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX7212 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 03/11/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,930.00 |
| 11/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,920.00 |
| 12/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,910.00 |
| 01/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,900.00 |
| 02/18/16 | 102 | Adams Levine 370 Lexington Ave. Suite 1101 New York, NY 10017 | 2016 Blanket Bond Reversal Check Voided due to miscalculation of premium amount | 2300-000 | | ($2.84) | $4,902.84 |
| 02/18/16 | 102 | Adams Levine 370 Lexington Ave. Suite 1101 New York, NY 10017 | 2016 Blanket Bond | 2300-000 | | $2.84 | $4,900.00 |
| 02/18/16 | 103 | Adams Levine 370 Lexington Ave. Suite 1101 New York, NY 10017 | 2016 Blanket Bond | 2300-000 | | $3.21 | $4,896.79 |
| 02/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,886.79 |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,876.79 |
| 06/20/16 | 104 | Cindy M. Johnson 140 S. Dearborn St., Suite 1510 Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,250.00 | $3,626.79 |
| 06/20/16 | 105 | Quantum3 Group Llc As Agent For World Financial Network Bank Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 1 representing a payment of 32.77 % per court order. | 7100-000 | | $73.73 | $3,553.06 |
| | | | Page Subtotals: | | $0.00 | $1,386.94 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-37048  
Case Name: Elijah D. Johnson  
Stephanie L. Johnson  

Taxpayer ID No: XX-XXX7212  
For Period Ending: 03/11/2017  

Trustee Name: Cindy M. Johnson  
Bank Name: BOK Financial  
Account Number/CD#: XXXXXX0022  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/20/16 | 106 | American Infosource Lp As Agent For Midland Funding Llc<br>Po Box 268941<br>Oklahoma City, Ok 73126-8941 | Final distribution to claim 2 representing a payment of 32.77 % per court order. | 7100-000 | | $632.92 | $2,920.14 |
| 06/20/16 | 107 | Illinois Valley Community Hospital<br>C/O Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, Il 61301 | Final distribution to claim 3 representing a payment of 32.77 % per court order. | 7100-000 | | $2,408.59 | $511.55 |
| 06/20/16 | 108 | Peru Anesthesia<br>C/O Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, Il 61301 | Final distribution to claim 4 representing a payment of 32.77 % per court order. | 7100-000 | | $91.16 | $420.39 |
| 06/20/16 | 109 | Hospital Radiology<br>C/O Collection Professionals Inc.<br>P.O. Box 416<br>Lasalle, Il 61301 | Final distribution to claim 5 representing a payment of 32.77 % per court order. | 7100-000 | | $166.48 | $253.91 |
| 06/20/16 | 110 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 6 representing a payment of 32.77 % per court order. | 7100-000 | | $253.91 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $5,000.00 | $5,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,000.00 | $5,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,000.00 | $5,000.00 |

Page Subtotals: $0.00  $3,553.06

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0022 - Checking | $5,000.00 | $5,000.00 | $0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,000.00 |
| Total Gross Receipts: | $5,000.00 |